# Exhibit A

Washington Courts - Search Case Records

   

**Courts Home** | **Search Case Records**                         **Search** | **Site Map** | **eService Center**

Home | Summary Data & Reports | Resources & Links | Get Help

## Superior Court Case Summary

**Court:** King Co Superior Ct
**Case Number:** 09-4-05735-1

| Sub | Docket Date | Docket Code | Docket Description | Misc Info |
|---|---|---|---|---|
| 1 | 11-12-2009 | PET PROB WILL FOR ORD SOLV&NONINTVN | Pet Prob Will For Ord Solv&nonintvn | |
| 2 | 11-12-2009 | CASE INFORMATION COVER SHEET<br>LOCS | Case Information Cover Sheet<br>Original Location - Seattle | |
| 3 | 11-12-2009 | ORDER ADM WILL | Order Adm Will<br>Herbert Heintz<br>Bond Waived | |
| | | EXP0001 | Ex-parte, Dept | |
| 4 | 11-12-2009 | LETTERS TESTAMENTARY | Letters Testamentary | |
| 5 | 11-12-2009 | OATH | Oath /herbert Heintz | |
| 6 | 11-12-2009 | PET PROB WILL FOR ORD SOLV&NONINTVN | Pet Prob Will For Ord Solv&nonintvn | |
| 7 | 11-12-2009 | ORDER OF SOLVENCY<br>EXP0001 | Order Of Solvency W/nps<br>Ex-parte, Dept | |
| 8 | 11-12-2009 | NOTICE, APPT & PENDENCY OF PROBATE | Notice, Appt & Pendency Of Probate | |
| 9 | 11-12-2009 | INVENTORY & APPRAISEMENT | Inventory & Appraisement | |
| 10 | 11-12-2009 | LAST WILL & TESTAMENT | Last Will & Testament | |
| 11 | 11-12-2009 | MOTION HEARING<br>EXP0001 | Motion Hearing<br>Ex-parte, Dept | |
| | 11-12-2009 | AUDIO LOG | Audio Log Dr W 325-3 | |
| 12 | 12-14-2009 | CREDITOR'S CLAIM | Creditor's Claim | |
| 13 | 12-15-2009 | AFFIDAVIT OF PUBLICATION | Affidavit Of Publication | |
| 14 | 12-23-2009 | CREDITOR'S CLAIM | Creditor's Claim | |
| 15 | 02-01-2010 | CREDITOR'S CLAIM | Creditor's Claim | |
| 16 | 12-09-2010 | DECLARATION OF COMPLETION | Declaration Of Completion | |
| 17 | 12-20-2017 | SUBPOENA DUCES TECUM | Subpoena Duces Tecum | |
| 18 | 02-22-2018 | NOTICE OF INTENT TO WITHDRAW | Notice Of Intent To Withdraw | |
| 19 | 03-06-2018 | APPLICATION | Application For Ord To Show Cause | |
| 20 | 03-06-2018 | ORDER TO SHOW CAUSE<br>EXP0001 | Order To Show Cause<br>Ex-parte, Dept | 03-20-2018P |
| 21 | 03-06-2018 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 22 | 03-20-2018 | MOTION HEARING<br>EXP0001 | Motion Hearing<br>Ex-parte, Dept | |
| - | 03-20-2018 | AUDIO LOG | Audio Log Dr W325-2 | |
| 23 | 03-20-2018 | ORDER ON SHOW CAUSE<br>EXP0001 | Order On Show Cause<br>Ex-parte, Dept | |
| 24 | 03-30-2018 | MOTION FOR ORDER TO SHOW CAUSE | Motion For Order To Show Cause | |

### About Dockets

**About Dockets**

You are viewing the case docket or case summary. Each Court level uses different terminology for this information, but for all court levels, it is a list of activities or documents related to the case. District and municipal court dockets tend to include many case details, while superior court dockets limit themselves to official documents and orders related to the case.

If you are viewing a district municipal, or appellate court docket, you may be able to see future court appearances or calendar dates if there are any. Since superior courts generally calendar their caseloads on local systems, this search tool cannot display superior court calendaring information.

**Directions**

King Co Superior Ct
516 3rd Ave, Rm C-203
Seattle, WA 98104-2361
**Map & Directions**
206-477-1400[Phone]
206-296-0986[Fax]
✉[Office Email]
**Visit Website**

**Disclaimer**

**What is this website?** It is a search engine of cases filed in the municipal, district, superior, and appellate courts of the state of Washington. The search results can point you to the official or complete court record.

**How can I obtain the complete court record?** You can contact the court in which the case was filed to view the court record or to order copies of court records.

https://dw.courts.wa.gov/index.cfm?fa=home.casesummary&crt_itl_nu=S17&casenumber=09-4-0...    7/12/2018

NOTICE OF REMOVAL - 8
No. 2:18-cv-1025

Washington Courts - Search Case Records

| | | | | | |
|---|---|---|---|---|---|
| 25 | 03-30-2018 | ORDER TO SHOW CAUSE EXP0001 | Order To Show Cause Ex-parte, Dept | 04-23-2018P | |
| 26 | 04-03-2018 | NOTICE OF APPEARANCE | Notice Of Appearance /nordstrom | | |
| 27 | 04-10-2018 | RESPONSE | Response /nordstrom | | |
| 28 | 04-10-2018 | DECLARATION | Declaration Of Ann Skud | | |
| 29 | 04-23-2018 | MOTION HEARING EXP0001 | Motion Hearing Ex-parte, Dept | | |
| - | 04-23-2018 | AUDIO LOG | Audio Log Dr W325-2 | | |
| 30 | 04-23-2018 | ORDER DENYING MOTION/PETITION EXP0001 | Order Denying Motion/petition Ex-parte, Dept | | |

**How can I contact the court?**
Click **here** for a court directory with information on how to contact every court in the state.

**Can I find the outcome of a case on this website?**
No. You must consult the local or appeals court record.

**How do I verify the information contained in the search results?**
You must consult the court record to verify all information.

**Can I use the search results to find out someone's criminal record?**
No. The Washington State Patrol (WSP) maintains state criminal history record information. Click **here** to order criminal history information.

**Where does the information come from?**
Clerks at the municipal, district, superior, and appellate courts across the state enter information on the cases filed in their courts. The search engine will update approximately twenty-four hours from the time the clerks enter the information. This website is maintained by the Administrative Office of the Court for the State of Washington.

**Do the government agencies that provide the information for this site and maintain this site:**

▸ **Guarantee that the information is accurate or complete?**
NO
▸ **Guarantee that the information is in its most current form?**
NO
▸ **Guarantee the identity of any person whose name appears on these pages?**
NO
▸ **Assume any liability resulting from the release or use of the information?**
NO

Courts | Organizations | News | Opinions | Rules | Forms | Directory | Library
Back to Top | Privacy and Disclaimer Notices

S3