THE HONORABLE JUDGE PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE THE ESTATE OF LARRY LEE COVELLO, <br><br> Plaintiff, <br><br> v. <br><br> NORDSTROM, INC., a corporation, <br><br> Defendant. | Case No. 2:18-cv-1025-MJP <br><br> **ORDER GRANTING MOTION TO CONSOLIDATE RELATED ACTIONS PURSUANT TO FED. R. CIV. P. 42(A)** |

The Court having reviewed Defendant's Motion to Consolidate Related Actions Pursuant to Fed. R. Civ. P. 42(a) and the supporting Declarations of Krista N. Hardwick, and finding that consolidation is warranted,

IT IS HEREBY ORDERED that Defendant's Motion to Consolidate the captioned matter with *In re the Estate of Larry Covello v. Nordstrom, Inc.*, Case No. 2:18-cv-01081, before the Honorable Judge Pechman is GRANTED.  **All future pleadings shall be filed under *In re the Estate of Larry Lee Covello v. Nordstrom, Inc.*, Case No. 2:18-cv-1025-MJP**.

Dated: July 30, 2018

*[signature]*

Marsha J. Pechman
United States District Judge