UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE THE ESTATE OF LARRY LEE COVELLO,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC,<br><br>Defendant. | CASE NO. C18-1025-MJP<br><br>ORDER TO SHOW CAUSE |

The Court is in receipt of Plaintiff's Complaint (Dkt. No. 1, Ex. 3), Defendant's Motion to Dismiss (Dkt. No. 6), and Plaintiff's Response (Dkt. No. 11). The Court observes that Plaintiff is proceeding pro se as the executor of an estate. Estates may not proceed pro se in federal court. See, e.g., Simon v. Hartford Life and Accident Ins. Co., 546 F.3d 661, 664-65 (9th Cir. 2008) ("[C]ourts have routinely adhered to the general rule prohibiting pro se plaintiffs from pursuing claims on behalf of others in a representative capacity.") (citing 28 U.S.C. § 1654); Joubert v. Brown William Tobacco Corp., No. 10-887RSM, 2010 WL 11527327, at *2 (W.D. Wash. July 14, 2010); see also Warth v. Seldin, 422 U.S. 490, 499 (1975) (a claimant "must

assert his own legal rights and interests, and cannot rest his claim to relief on the legal rights or interests of third parties.").

Plaintiff is hereby ORDERED to show cause by August 3, 2018 why he should be permitted to proceed pro se on behalf of the Estate of Larry Lee Covello and why this case should not be dismissed without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 30, 2018.

Marsha J. Pechman
United States District Judge