# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE THE ESTATE OF LARRY LEE COVELLO,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC,<br><br>Defendant. | CASE NO. C18-1025-MJP<br><br>ORDER ON MOTION FOR RECUSAL |

THIS MATTER comes before the Court on Plaintiff's Motion for Recusal. (Dkt. No. 15.) Having reviewed the request, the Court declines to recuse herself. Plaintiff's motion appears to arise from a concern that Judge Pechman was previously employed by the law firm Lane Powell PC, which represents Defendant in this matter. Plaintiff appears to be concerned that Judge Pechman might have "a personal bias or prejudice" as a result.

A judge of the United States shall disqualify herself in any proceeding in which her impartiality "might reasonably be questioned." 28 U.S.C. § 455(a). A judge also shall disqualify

herself where she has "a personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding." 28 U.S.C. § 455(b)(1).

Plaintiff's request provides no evidence of bias or prejudice against him on the part of the Court. Judge Pechman has never been employed by Lane Powell PC. However, even were this not the case, the request would be denied as Judge Pechman has been on the bench since 1988 and has no personal knowledge of disputed evidentiary facts concerning this matter.

The Court therefore declines to recuse. In accordance with Local Rules 3(e), this matter is referred to U.S. Chief District Judge Ricardo S. Martinez for review.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 7, 2018.

Marsha J. Pechman
United States District Judge