UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE THE ESTATE OF LARRY LEE COVELLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORDSTROM, INC,<br><br>　　　　　Defendant. | CASE NO. C18-1025-MJP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On July 30, 2018, the Court ordered Plaintiff to show cause by August 3, 2018 why he should be permitted to proceed pro se on behalf of the Estate of Larry Lee Covello, and why this case should not be dismissed without prejudice. (Dkt. No. 13.) Because Plaintiff has failed to respond, other than to request recusal,[1] the Court finds that dismissal without prejudice is appropriate. Estates may not proceed pro se in federal court. See, e.g., Simon v. Hartford Life and Accident Ins. Co., 546 F.3d 661, 664-65 (9th Cir. 2008) ("[C]ourts have routinely adhered to

---

[1] The Court addresses Plaintiff's Motion for Recusal in a separate order.

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1

the general rule prohibiting pro se plaintiffs from pursuing claims on behalf of others in a representative capacity.").

Accordingly, IT IS ORDERED that this action and all claims asserted herein are DISMISSED without prejudice and without costs to any party. Any pretrial dates previously set are hereby VACATED.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 7, 2018.

_____
Marsha J. Pechman
United States District Judge