UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE THE ESTATE OF LARRY LEE COVELLO,

Plaintiff,

v.

NORDSTROM, INC,

Defendant.

CASE NO. C18-1025-MJP

ORDER ON REVIEW OF MOTION FOR RECUSAL

On August 1, 2018, Plaintiff filed a Motion seeking recusal of the Honorable Marsha J. Pechman in this matter. Dkt. #15. On August 7, 2018, Judge Pechman issued an Order declining to recuse herself and, in accordance with this Court's Local Rules, referred that decision to the Chief Judge for review. Dkt. #17; LCR 3(e).

A judge of the United States shall disqualify herself in any proceeding in which her impartiality "might reasonably be questioned." 28 U.S.C. § 455(a). Federal judges also shall disqualify themselves in circumstances where they have a personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding. 28 U.S.C. § 455(b)(1). Pursuant to 28 U.S.C. § 144, "whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse

party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding." "[A] judge's prior adverse ruling is not sufficient cause for recusal." *United States v. Studley*, 783 F.2d 934, 939 (9th Cir. 1986); *see also Taylor v. Regents of Univ. of Cal.*, 993 F.2d 710, 712 (9th Cir. 1993) ("To warrant recusal, judicial bias must stem from an extrajudicial source.").

Plaintiff's sole grounds for seeking recusal is the assertion that Judge Pechman was previously employed as a lawyer for the law firm representing Defendant Nordstrom, Lane Powell. Dkt. #15 at 1. Plaintiff provides no evidence or basis for that assertion. In Judge Pechman's Order declining to recuse, she states she has never been employed by that firm, and that in any event she has "been on the bench since 1988 and has no personal knowledge of disputed evidentiary facts concerning this matter." Dkt. #17 at 2. The Court finds that Plaintiff has failed to present any basis to reasonably question Judge Pechman's impartiality.

Accordingly, the Court hereby finds and ORDERS that Judge Pechman's refusal to recuse herself from this matter is AFFIRMED.

DATED this 8 day of August, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE