UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERBERT HEINTZ,<br><br>      Plaintiff,<br><br>  v.<br><br>NORDSTROM, INC,<br><br>      Defendant. | CASE NO. C18-1025-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Plaintiff's Motion for Reconsideration (Dkt. No. 23) and Motion for Relief from Judgment of Dismissal (Dkt. No. 24). Both motions were entered by Robert H. Stevenson, who apparently was recently retained as counsel in this matter, and both effectively ask the Court to reconsider its dismissal of this case on the grounds that Plaintiff is no longer proceeding pro se. While the Court is willing to reconsider its dismissal of the case, it will not do so until Mr. Stevenson properly enters an appearance by signing and filing a Notice of Appearance. See LCR 83.2(a).

Because both motions were improperly filed, the Court hereby STRIKES the Motion for Reconsideration (Dkt. No. 23) and the Motion for Relief from Judgment of Dismissal (Dkt. No. 24). Mr. Stevenson may refile the request after entering a Notice of Appearance. With respect to all filings going forward, Mr. Stevenson is advised of the need to comply with Federal Rule of Civil Procedure 11 and the Court's ECF Procedures.[1]

The clerk is ordered to provide copies of this order to all counsel.

Filed August 23, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

---

[1] Available at www.wawd.uscourts.gov/sites/wawd/files/ECFFilingProcedures.pdf.