UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE THE ESTATE OF LARRY LEE COVELLO,<br><br>                 Plaintiff,<br><br>   v.<br><br>NORDSTROM, INC,<br><br>                 Defendant. | CASE NO. C18-1025-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: On August 28. 2018, Robert H. Stevenson entered an appearance as counsel on behalf of the Estate of Larry Lee Covello. (Dkt. No. 26.) Because Plaintiff is no longer proceeding pro se as the executor of an estate, the Court hereby VACATES its earlier Order of Dismissal. (See Dkt. No. 22.)

Defendant Nordstrom Inc.'s Motion to Dismiss for Failure to State a Claim (Dkt. No. 6) is hereby re-noted to September 21, 2018. Plaintiff is hereby ORDERED to file any response to the Motion to Dismiss no later than September 17, 2018.

1     The clerk is ordered to re-open this case and provide copies of this order to all counsel.

2     Filed August 28, 2018.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk