# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ESTATE OF LARRY LEE COVELLO,<br><br>                Plaintiff,<br><br>     v.<br><br>NORDSTROM, INC.,<br><br>                Defendant. | CASE NO. C18-1025MJP<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

THIS MATTER comes before the Court on Plaintiff's Motion for Reconsideration of the Court's Order Denying the Motion to Extend Time for Appeal. (Dkt. No. 45.) Having reviewed the Motion and the related record, the Court DENIES the Motion.

Motions for reconsideration are disfavored and ordinarily will not be granted "in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1).

Plaintiff has failed to make such a showing. While Plaintiff contends that the "aforementioned order was based by this court on the premise that is [sic] had no jurisdiction to entertain the matter" (Dkt. No. 35 at 1), the time limitation in Fed. R. App. P. 4(a)(5)(A) is clearly codified in 28 U.S.C. § 2107(c), and Plaintiff fails to explain how the Court erred in its jurisdictional finding. Nor does Plaintiff explain how the Court erred in its finding that he failed to establish excusable neglect or good cause for the delay. Instead, Plaintiff merely attempts to relitigate the merits of the Motion to Dismiss. This is improper, and does not constitute grounds for reconsideration.

The Motion for Reconsideration is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 23, 2019.

Marsha J. Pechman
United States District Judge